IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>vs.<br><br>KENNY EUGENE SMART,<br>    Defendant. | No. 4:20-CR-00219<br><br>**MOTION FOR LEAVE TO FILE SENTENCING MEMORANDUM UNDER SEAL** |

COMES NOW, the Defendant, by and through counsel, and moves for permission to file Defendant's Sentencing Memorandum under seal. In support of this motion, counsel states:

1. Defendant's sentencing memorandum discusses exhibits from the government's discovery file and include prior statements and testimony of witnesses.

2. The discovery materials in this case are subject to a protective order.

3. The exhibits discussed in the memorandum have been previously filed under seal.

WHEREFORE, the Defendant requests leave to file his sentencing memorandum under seal.

                                                            **/s/Angela L. Campbell**
                                                            Angela L. Campbell AT# 0009086
                                                            DICKEY, CAMPBELL & SAHAG LAW FIRM, P.L.C.
                                                             301 E. Walnut St., Suite 1
                                                             Des Moines, Iowa 50309
                                                             PHONE: 515.288.5008
                                                             FAX: 515.288.5010
                                                             E-MAIL: angela@iowajustice.com

PROOF OF SERVICE
The undersigned hereby certifies that a true copy of the foregoing instrument was served upon each of the attorneys of record, or the parties if unrepresented, at their respective addresses disclosed on the pleadings.

By:     \_\_\_\_\_ U.S. Mail         \_\_\_\_\_ Fax
           \_\_\_\_\_ Courthouse Mail  \_\_\_\_\_ Hand delivered
           \_\_\_\_\_Certified Mail     \_\_x\_\_Other (electronic)

Signature: _____/s/Angela L. Campbell_____

Date: _____11/16/21_____